Whitney C. Wilcher, Esq.
The Wilcher Firm
Nevada State Bar No. 7212
8465 West Sahara Avenue Suite 111-236
Las Vegas, NV 89117
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

Lynn V. Rivera, Nevada Bar No. 6797
BURNHAM BROWN
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501
Telephone:     (775) 398-3065
Fax:                (877) 648-5288
Email: lrivera@burnhambrown.com

Attorneys for Defendant
STARBUCKS CORPORATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Kevin Zimmerman, an individual, | No. 17-cv-00833 |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER** |
| vs. | |
| Starbucks Corporation, | |
| Defendant. | |

Plaintiff KEVIN ZIMMERMAN ("Plaintiff") and Defendant STARBUCKS CORPORATION ("Defendant") (collectively, the "Parties"), through their counsel of record, HEREBY STIPULATE and agree that Defendant's deadline to respond to the Complaint in the instant matter is extended to **August 14, 2017**.

This action is one of seven actions currently pending in this District in which Plaintiff alleges denial of access at a Starbucks store. Those actions are: 17-cv-00976, 17-cv-00833, 17-cv-00596, 17-cv-00834, 17-cv-00312, 17-cv-01201, and 17-cv-01338.

In each of these seven actions, the Parties are represented by the same counsel, and have maintained a cooperative dialogue. In two of these actions, Defendant previously agreed to waive service of the Complaint, placing Defendant's responsive pleading deadline at July 17, 2017. The Parties then agreed to extend the responsive pleading deadline for all of the remaining cases to that same date. In the interim, Plaintiff made global settlement demands to Defendant, which include these seven actions as well as additional claims which have yet to be filed in court. The Parties' global settlement discussions are ongoing.

The Parties have now agreed to extend the responsive pleading deadline for all seven pending cases to August 14. The Parties believe this extension is appropriate under the circumstances, in order to permit the Parties to continue exploring a good faith, global resolution prior to commencing further litigation to which the Parties and the Court would be required to devote time and resources. Good cause exists for this extension, and the Parties respectfully request that it be approved by the Court.

DATED: July 31, 2017    */s/ Whitney C. Wilcher, Esq.*
Whitney C. Wilcher, Esq.
The Wilcher Firm
8465 West Sahara Avenue Suite 111-236
Las Vegas, NV 89117
702-466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

DATED: July 31, 2017　　　　　　　　　　BURNHAM BROWN

　　　　　　　　　　　　　　　　　　　　*/s/ Lynn V. Rivera*
　　　　　　　　　　　　　　　　　　　　Lynn V. Rivera
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　STARBUCKS CORPORATION

## ~~[PROPOSED]~~ ORDER GRANTING STIPULATION

Upon consideration of the Stipulation of Plaintiff KEVIN ZIMMERMAN ("Plaintiff") and Defendant STARBUCKS CORPORATION ("Defendant") (collectively, the "Parties"), and good cause appearing, the Court hereby orders as follows: Defendant's responsive pleading is due on or before **August 14, 2017**.

　　　　　　　　　　　　　　　　　　　　IT IS SO ORDERED:

　　　　　　　　　　　　　　　　　　　　_/s/ George Foley Jr._
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　　DATED: August 1, 2017

4816-9868-4235, v. 1