# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, | ) |
| Plaintiff, | ) Case No. 2:17-cv-00833-GMN-GWF |
| vs. | ) **ORDER** |
| STARBUCKS CORPORATION, | ) |
| Defendant. | ) |

On October 30, 2017, Plaintiff filed his motion for leave to file an amended complaint with his proposed amended complaint attached. ECF No. 27. On October 30, 2017, Plaintiff also filed his amended complaint. ECF No. 28.

LR 7-2(g) states that "[a] party may not file supplemental pleadings, briefs, authorities, or evidence without leave of court granted for good cause. The judge may strike supplemental filings made without leave of court." Plaintiff's amended complaint is not a pleading pursuant to Fed. R. Civ. P. 7(a) and was not filed with leave of court pursuant to Fed. R. Civ. P. 15. Therefore, Plaintiff's amended complaint (ECF No. 28) must be striken as a fugitive document. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall strike Plaintiff's amended complaint (ECF No. 28) without prejudice to Plaintiff filing an amended complaint with leave of court.

DATED this 6th day of November, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge